1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   ANTHONY CORRALES, on behalf of himself
     and others similarly situated,                Case No. 2:24-cv-00107-KJM-CKD
12
                 Plaintiff,
13
            vs.
14
     CALERES, INC. dba CALERES, a New York
15   corporation; FAMOUS FOOTWEAR, an entity
     of unknown form; and DOES 1 to 50, inclusive,
16
                 Defendants.
17

18   ANGELA DIANA PONCE,                            Case No. 2:24-cv-00623-KJM-AC

19               Plaintiff,                         **ORDER GRANTING PARTIES' JOINT
                                                    STIPULATION TO CONSOLIDATE
20          vs.                                     RELATED CASES**

21   BG RETAIL, LLC.,

22               Defendant,

23

24

25

26

27

28                                        1

1        Having considered the joint stipulation of plaintiff Anthony Corrales ("Plaintiff") and

2   defendants Caleres, Inc. and Famous Footwear, (collectively referred to as "the Parties"), and for

3   good cause shown, the Court orders as follows:

4        1.        The Court consolidates the two related matters for all purposes, including trial:

5   *Anthony Corrales v. Caleres, Inc., et al.* (Case No. 2:24-cv-00107-KJM-CKD) and *Angela Diana*

6   *Ponce v. BG Retail, LLC, et al.* (Case No. 2:24-cv-00623-KJM-AC) with *Corrales* designated

7   the lead case.  *See* Fed. R. Civ. P. 42(a) ("If actions before the court involve a common question

8   of law or fact, the court may . . . consolidate the actions[.]").  The consolidated case shall be

9   identified by case no. 2:24-cv-00107-KJM-CKD going forward.  The parties shall file all further

10  filing in the consolidated case - 2:24-cv-0107-KJM-CKD.  The Clerk of Court is directed to

11  close case no. 2:24-cv-00623-KJM-AC.

12       2.        Plaintiff's counsel will dismiss Defendant Caleres, Inc. without prejudice from the

13  action.

14       3.        Plaintiff's counsel is directed to file a consolidated Complaint on behalf of

15  Corrales and Ponce against BG Retail, LLC dba Famous Footwear by April 17, 2024.

16       4.        In light of the parties' stipulation, Defendants Caleres, Inc.'s and Famous

17  Footwear's Motion to Dismiss Plaintiff's Complaint or, Alternatively, to Strike Additional

18  Allegations, ECF No. 8, is **denied as moot**.  The Motion Hearing set for 3/29/2024 is hereby

19  vacated.

20       5.        BG Retail, LLC is not required to respond to the Complaint in the *Ponce* matter.

21       6.        BG Retail, LLC's response to the consolidated Complaint will be due based on

22  the filing date of said consolidated Complaint and pursuant to Federal Rules.

23     **IT IS SO ORDERED.**

24     DATED:  March 4, 2024.

25

26                                                   _____
                                                     CHIEF UNITED STATES DISTRICT JUDGE
27

28                                              2